IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KELLI DENNEY, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | CIV-18-42-RAW |
| | ) | |
| vs. | ) | |
| | ) | |
| BOARD OF COUNTY COMMISSIONERS | ) | |
| OF CARTER COUNTY, an Oklahoma | ) | |
| Subdivision, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been settled, or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**IT IS FURTHER ORDERED** that the clerk forthwith serve copies of this judgment upon the attorneys for the parties appearing in this action.

**IT IS FURTHER ORDERED** that the parties are directed to submit closing papers within **30 days** from the date of this judgment.

**DATED** this 24th day of January, 2019.

Ronald A. White
United States District Judge
Eastern District of Oklahoma