IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KELLI DENNEY, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-42-RAW |
| ) | |
| (1) BOARD OF COUNTY ) | |
| COMMISSIONERS OF CARTER ) | |
| COUNTY, an Oklahoma subdivision, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties jointly stipulate that the instant case, and all claims asserted by Plaintiff's case against all Defendants is resolved and is dismissed with prejudice. The parties will bear their own fees and expenses. The undersigned is authorized to file this Stipulation jointly on behalf of all parties.

Respectfully submitted,

s/ Ambre C. Gooch
Ambre C. Gooch, OBA No. 16586
Jordan L. Miller, OBA No. 30892
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
E-mail:  acg@czwlaw.com

ATTORNEYS FOR DEFENDANTS BOARD OF COUNTY COMMISSIONERS OF CARTER COUNTY AND SHERIFF CHRIS BRYANT

s/ Loren Gibson
***(Signed by filing attorney with permission of Loren Gibson)***
Loren Gibson, OBA No. 14348
GIBSON & ASSOCIATES, P.L.C.
105 North Hudson, Suite 312
Oklahoma City, OK 73102
Telephone: (405) 270-0900
Facsimile: (405) 270-0903
Email:  lgibson@legalavenger.net
***Attorney for Plaintiff***

s/ John J . Love
***(Signed by filing attorney with permission of John J. Love)***
John J. Love, OBA No. 5536
Margaret McMorrow-Love, OBA No. 5538
228 Robert S. Kerr Avenue, Suite 540
Oklahoma City, OK 73102
Telephone:  (405) 235-3848
Facsimile: (405) 235-3863
Email:  jjl@lovelawfirm.legal
  mml@lovelawfirm.legal
***Attorneys for Defendant
 Milton Anthony***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Loren Gibson, electronic mail at: lgibson@legalavenger.net
GIBSON & ASSOCIATES, P.L.C.
105 North Hudson, Suite 312
Oklahoma City, OK 73102
***Attorney for Plaintiff***

John J. Love, electronic mail at: jjl@lovelawfirm.legal
Margaret McMorrow-Love, electronic mail at: mml@lovelawfirm.legal
228 Robert S. Kerr Avenue, Suite 540
Oklahoma City, OK 73102
***Attorneys for Defendant Milton Anthony***

s/ Ambre C. Gooch
Ambre C. Gooch